# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KEVIN BROOKS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV418-248 |
| CLINTON PERRY, Jr., Warden, Mason State Prison, | ) ) ) ) | |
| Respondent. | ) ) | |

## ORDER

Petitioner Kevin Brooks' motion to supplement the record (doc. 7), intended to correct the order of two pages accidentally transposed on the docket (*see* doc. 1 at pp. 30 & 31, which ought to be instead at pp. 26 & 27), is **GRANTED**. Petitioner is advised that while the Court and respondent shall continue to use the CM/ECF page number to reference those pages in future pleadings and filings, the pages will be read in their intended order.

**SO ORDERED**, this  14th  day of January, 2019.

*Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA