# United States District Court
## Southern District of Georgia

KEVIN BROOKS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-248

CLINTON PERRY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated July 3, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Petitioner's Petition for Writ of Habeas Corpus is DENIED. This case stands closed.



07/05/2019  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk