IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEVIN BROOKS, )
)
    Petitioner, )
)
v. ) CASE NO. CV418-248
)
CLINTON PERRY, )
)
    Respondent. )
)

## O R D E R

On July 3, 2019, this Court adopted the Magistrate Judge's report and recommendation as the Court's opinion in this case. (Doc. 20.) In the report and recommendation, the Magistrate Judge recommended that "no certificate of appealability should issue." (Doc. 14 at 19.) On review, this Court considered Petitioner's objections, the report and recommendation, and found that Petitioner had failed to offer any meritorious objection to the report and recommendation. (Doc. 20.)

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). In light of the Magistrate Judge's

recommendation and this Court's own careful review of Petitioner's claims, this Court finds that Petitioner cannot meet this standard. Accordingly, Petitioner is not entitled to a certificate of appealability.

SO ORDERED this 22ND day of August 2019.

*signature*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA